United States District Court
Southern District of Indiana
Indianapolis Division

**Acknowledged**
TWP
May 25, 2023

BRIAN ELKINS and ANNIE ELKINS,
individually, and on behalf of
all other similarly situated,
    *Plaintiffs*,

v.

SOUTHEASTERN INDIANA HEALTH
MANAGEMENT INC d/b/a COLUMBUS
REGIONAL HEALTH,

    *Defendant.*

Cause No. 1:23-cv-765-TWP-MKK

[Removal from Marion County
Superior Court, Indiana, no.
49D01-2303-PL-012709]

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Brian Elkins and Annie Elkins, on behalf of themselves, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: May 23, 2023

Respectfully submitted,

*/s/ Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
Amina A. Thomas (No. 34451-49)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

J. Gerard Stranch, IV (*Pro Hac Vice* forthcoming)
Andrew E. Mize (*Pro Hac Vice* forthcoming)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
Gstranch@stranchlaw.com
amize@stranchlaw.com

        Samuel J. Strauss (*Pro Hac Vice* forthcoming)
        TURKE & STRAUSS, LLP
        613 Williamson St., Suite 201
        Madison, Wisconsin 53703
        (608) 237-1775
        (608) 509-4423 (facsimile)
        sam@turkestrauss.com
        raina@turkestrauss.com

        ***Counsel for Plaintiff and the Proposed Class***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2023, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).  I also certify that, on this date, the foregoing documents were served upon the following party's counsel of record via IEFS.

Kathryn Cordell
kcordell@crh.org

*/s/ Lynn A. Toops*
Lynn A. Toops (No. 26386-49)
